# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RODRIGUES JONES
#121074                                                      PLAINTIFF

v.                       No. 3:19-cv-331-DPM

KEVIN MOLDER, Sheriff, Poinsett
County Detention Center; STEVE ROEX,
Chief Deputy, Poinsett County Detention
Center; TRISH MARSHAL, Jail Administrator,
Poinsett County Detention Center; and
DOYLE RAMEY, Jail Supervisor, Poinsett
County Detention Center                                      DEFENDANTS

## ORDER

Some of the Court's mail sent to Jones has been returned undelivered, including the pending recommendation. № 6 & № 8. But the Court's 22 November 2019 Order hasn't been returned. № 5. Jones hasn't filed an amended complaint; and the time to do so has passed. № 5. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The pending recommendation, № 7, is declined without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2020