# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RODRIGUES JONES
#121074                                                              PLAINTIFF

v.                              No. 3:19-cv-331-DPM

KEVIN MOLDER, Sheriff, Poinsett
County Detention Center; STEVE ROEX,
Chief Deputy, Poinsett County Detention
Center; TRISH MARSHAL, Jail Administrator,
Poinsett County Detention Center; and
DOYLE RAMEY, Jail Supervisor, Poinsett
County Detention Center                                             DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2020